1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3

4    WESLIE MARTIN,                                              Case No. 3:21-cv-00365-RCJ-CSD

5              Plaintiff,

             v.                                                            **ORDER**

6    STATE OF NEVADA,                                            (ECF No. 6)

7

8              Defendant.

9    **I.      DISCUSSION**

10            On December 27, 2022, this Court dismissed Plaintiff's complaint without prejudice

11   and with leave to file an amended complaint within 30 days.  (ECF No. 4.)  Plaintiff has

12   filed a motion requesting a copy of the complaint he filed in Case No. 3:21-cv-00199-

13   MMD-WGC.  (ECF No. 6.)  Plaintiff states that he no longer has a copy of the complaint

14   that he filed in that case, and that he needs a copy of the complaint to file his amended

15   complaint in this case.  (*Id.*)  The Court notes that Case No. 3:21-cv-00199-MMD-WGC

16   was dismissed without prejudice based on Plaintiff's failure to file a complete application

17   to proceed *in forma pauperis*.  (Case No. 3:21-cv-00199-MMD-WGC at ECF No. 6.)  The

18   Court grants Plaintiff's motion.

19            The Court will also extend the deadline for Plaintiff to file an amended complaint

20   until March 10, 2023.  If Plaintiff to fail an amended complaint by that deadline, this case

21   will be subject to dismissal without prejudice pursuant to the Court's previous screening

22   order.  (ECF No. 4.)

23   **II.     CONCLUSION**

24            For the foregoing reasons, **IT IS ORDERED** that Plaintiff's motion for a courtesy

25   copy (ECF No. 6) is **GRANTED**.  The Clerk of the Court send Plaintiff a courtesy copy of

26   the complaint filed in Case No. 3:21-cv-00199-MMD-WGC at ECF No. 1-1.

27            **IT IS FURTHER ORDERED** that Plaintiff will file any amended complaint on or

28   before **March 10, 2023**.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file an amended complaint on or before **March 10, 2023**, this case will be subject to dismissal without prejudice pursuant to the Court's previous screening order.

DATED:  February 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE