1

2

3                    UNITED STATES DISTRICT COURT

4                         DISTRICT OF NEVADA

5    DENZEL HOSEA MARTIN, SPECIAL              Case No. 3:21-cv-00365-ART-CLB
     ADMINISTRATOR OF THE ESTATE OF
6    WESLIE HOSEA MARTIN,                                   ORDER

7                             Plaintiff,

8         v.

9    STATE OF NEVADA, et al.,

10                            Defendants.

11        Following the death of Weslie Martin, then an inmate in the custody of the

12   Nevada Department of Corrections ("NDOC"), the Court ordered that any motion

13   for substitution be filed within 90 days and warned that the failure to do so could

14   result in dismissal of this case. (ECF No. 18.) Following the 90-day period, on

15   January 9, 2024, the Court had not received a motion to substitute, so it

16   dismissed this action and closed it. (ECF No. 21.) On October 18, 2024, Denzel

17   Hosea Martin ("Denzel"), through counsel, filed a Motion to Set Aside Judgment

18   Pursuant to Rule 60(b) and a Motion for Substitution Pursuant to Rule 25(a)(1).

19   (ECF Nos. 26, 27.) On November 20, 2024, the Court granted Denzel's motions

20   reopening the case and substituting Denzel as Special Administrator of the Estate

21   of Weslie Hosea Martin as the plaintiff in this matter. (ECF No. 30.)

22        In the screening order, the Court deferred a decision on Martin's

23   application to proceed *in forma pauperis* ("IFP") for inmates. (ECF Nos. 1, 13.) The

24   Court denies Martin's IFP application as moot. The Court now directs Denzel to

25   file an application to proceed in district court without prepaying fees or costs

26

27

28

1

under 28 U.S.C. § 1915[1] or pay the full filing fee of $402[2] within thirty (30) days from the date of this order. If Denzel does not timely comply with this order, dismissal of this action may result.

For the foregoing reasons, it is ordered that the application to proceed *in forma pauperis* for inmates (ECF No. 1) is denied as moot.

It is further ordered that within thirty (30) days from the date of this order, Denzel will either: (1) file an application to proceed in district court without prepaying fees or costs under 28 U.S.C. § 1915; or (2) pay the full filing fee of $402.

It is further ordered that if Denzel does not timely comply with this order, dismissal of this action may result.

DATED THIS 17th day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] The application to proceed in district court without prepaying fees or costs is accessible on the forms section of the U.S. District Court, District of Nevada site at: https://www.nvd.uscourts.gov/court-information/forms/

[2] The filing fee for civil cases increased to $405 (which includes the $350 filing fee and $55 administrative fee) on December 1, 2023. Martin initiated this action on August 17, 2021. (ECF No. 1.) Accordingly, this case is subject to the $402 filing fee.